```
DANIEL BRODERICK, Bar #89424
Federal Defender
MARY M. FRENCH, #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd. Floor
Sacramento, California  95814
Telephone: (916) 498-5700
Attorney for Defendant
CESAR ALCARAZ-ENRIQUEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-S-07-0342 LKK |
| Plaintiff, | **ORDER AFTER HEARING** |
| v. | |
| CESAR ALCARAZ-ENRIQUEZ, | |
| Defendant. | |

This matter came on for a Status Conference on October 2, 2007, in the courtroom of the Honorable Lawrence K. Karlton.  Assistant United States Attorney Kyle Reardon appeared on behalf of plaintiff the United States of America.  Supervising Assistant Federal Defender Mary M. French appeared on behalf of defendant CESAR ALCARAZ-ENRIQUEZ, who was in custody and present.  At that time, a further Status Conference/Change of Plea hearing date of October 16, 2007, at 9:30 a.m. was set.

Accordingly, the parties agreed to exclude time from calculation under the Speedy Trial Act, pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4, for preparation of counsel, from October 2, 2007, up to and including October 16, 2007.

1    Good cause appearing therefor,

2    IT IS ORDERED that a further Status Conference/Change of Plea
3 hearing in this matter will be held on October 16, 2007, at 9:30 a.m.
4    IT IS FURTHER ORDERED that, pursuant to 18 U.S.C. §3161 (h)(8)(B)
5 (iv) and Local Code T4, the period from October 2, 2007, up to and
6 including October 16, 2007, is excluded from the time computations
7 required by the Speedy Trial Act due to ongoing preparation of counsel.

Dated:  October 4, 2007

```
                                   _____
                                   LAWRENCE K. KARLTON
                                   SENIOR JUDGE
                                   UNITED STATES DISTRICT COURT
```

Order After Hearing                     2